FILED

2009 JAN 15 PM 1:25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____  DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXA MARQUEZ, BY AND THROUGH HER GUARDIAN AD LITEM<br><br>Plaintiff,<br><br>v.<br><br>RADY'S CHILDREN'S HOSPITAL, GURINDER DAHBIA, M.D., CHILDREN'S SPECIALIST OF SAN DIEGO, DR. ALLEN SCHWARTZ, M.D, LINDA SCHWARTZ, M.D., MAGDELINE DOHIL, M.D., DR. MARTHA SPITZER, DOES 1 THROUGH 40 INCLUSIVE<br><br>Defendants. | CASE NO.<br><br>**'09 CV 0034 WQH CAB**<br><br>ORDER OF SUBSTITUTION<br><br>Superior Court<br>County of San Diego<br>Case No.<br>    37-2008-00079455-CU-MM-CTL |

    Upon review and consideration of the Notice of Substitution filed herein by the United States of America, and it appearing to the Court that this is a tort action against Defendant Martha Spitzer, M.D. arising out of her actions certified by the Attorney General of the United States to have been taken within the scope of her employment as a deemed federal employee,

//

1  IT IS ORDERED, pursuant to 28 U.S.C. § 2679(d), as amended by Public Law 100-694, that the
2  United States of America shall be substituted as a defendant herein, in place of Defendant Martha
3  Spitzer, M.D. and that the title of the action be amended accordingly.
4  IT IS FURTHER ORDERED that as to Defendant Martha Spitzer, M.D. this action is dismissed,
5  with prejudice, pursuant to 42 U.S.C. 233 (a) and (g).

DATED: 1/14/09

_____
Judge of the District Court